747 A.2d 780

IN THE MATTER OF BRETT K. LURIE, AN ATTORNEY AT LAW.

March 23, 2000.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **BRETT K. LURIE** of **FORT LAUDERDALE, FLORIDA,** who was admitted to the bar of this State in 1983, and who thereafter was temporarily suspended from the practice of law by Order of the Court dated April 5, 1995, and who remains suspended at this time, be disbarred on the basis of his conviction of multiple counts of fraud and grand larceny, conduct in violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on an attorney's, trustworthiness or fitness);

And **BRETT K. LURIE** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **BRETT K. LURIE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **BRETT K. LURIE** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **BRETT K. LURIE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.